No. 642. CRITES *v.* RADTKE ET AL. February 3, 1941. Petition for writ of certiorari to the Circuit Court of

Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Virgil C. Crites, pro se. Messrs. Stephen H. Philbin, Robert W. Perkins,* and *Leonard Day* for respondents.

